USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1823 ALFA SEAFOOD COMPANY, INC., Plaintiff, Appellant, v. CARIBBEAN SEAFOOD, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Raymond L. Acosta, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Philip E. Roberts on brief for appellant. _________________ Miguel E. Miranda on brief for appellee Leonel Diaz. _________________ William M. Vidal Carvajal on brief for appellees Caribbean ____________________________ Seafood, Inc., Ernesto Cabeza and Jorge Cabrera. ____________________ November 12, 1997 ____________________ Per Curiam. Upon careful consideration of the parties' ___________ briefs and the record provided for our review, we conclude that the district court properly denied appellant's motion under Puerto Rico R. Civ. P. 51.7. We reach this conclusion substantially for the reasons stated by the district court. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-